UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **GORDON ELTON HAYES,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:23-cv-1047-ACA-NAD |
| **GUITERREZ, Warden,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Petitioner Gordon Elton Hayes filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The magistrate judge entered a report on November 27, 2023, recommending that the habeas petition be dismissed without prejudice for lack of jurisdiction. (Doc. 10). The magistrate judge advised Mr. Hayes of his right to file objections to the report and recommendation within fourteen days (*id*., at 6), but no objections have been received by the court.

Having carefully reviewed the report and recommendation, the court **ADOPTS** the magistrate judge's findings and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **WILL DISMISS** the petition for writ of habeas corpus **WITHOUT PREJUDICE** for lack of jurisdiction. The court will enter a separate final order consistent with this memorandum opinion.

**DONE** and **ORDERED** this January 3, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE